# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00775-CV

**Jason Hodge, Appellant**

**v.**

**Amanda Carter, Independent Administrator of the Estate of Quinton Hodge, Jr., a/k/a J. Q. Hodge, Jr., Appellee**

### FROM THE 335TH DISTRICT COURT OF LEE COUNTY, NO. 16,588, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

The parties have filed a joint status report and a motion to extend the abatement of the underlying appeal that the Court previously ordered. The Court had abated the appeal to allow the parties to finalize a potential settlement. The parties inform the Court that they have reached an informal settlement but that it requires final approval of all parties of the estate and has not been finalized. They further inform us that a settlement conference has been set for September 24, 2024, and request an additional 60 days to finalize the settlement. We grant the motion and extend the abatement an additional 60 days. The parties shall submit a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report on the settlement negotiations accompanied by a motion to extend the abatement on or before November 12, 2024.

It is so ordered on September 11, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed:    September 11, 2024